CARTER *v.* WARDEN OF MARYLAND
HOUSE OF CORRECTION

[H. C. No. 115, September Term, 1957.]

*Decided April 29, 1958.*

Before Brune, C. J., and Henderson, Hammond, Prescott and Horney, JJ.

Per Curiam.

We have repeatedly held that each of the contentions raised by the appellant is not available as a basis for the issuance of a writ of *habeas corpus:* (1) that he was refused the right to a separate trial, *Shields v. Warden,* 212 Md. 655, 656; (2) that the charge of arson was not proven at his trial, *Johnson v. Warden,* 212 Md. 652, 653; (3) that postponement of his trial was refused, *Lawrenson v. Warden,* 212 Md. 664, 666; and (4) that the court refused to allow character witnesses to testify, *Davis v. Warden,* 208 Md. 675.

*Application denied, with costs.*